UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE, LLC,<br><br>        Appellant,<br><br>   v.<br><br>OLD T.B.R. INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL, a California company,<br><br>        Appellee. | Case No.: 12-CV-00445-LHK<br><br>ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

The above captioned bankruptcy appeal was filed on January 27, 2012. ECF No. 1. On February 2, 2012, Appellee moved to dismiss the appeal on the ground that: (1) Appellant's notice of appeal is untimely; (2) the summary adjudication that forms the basis of this appeal is not a final appealable order; and (3) Appellant has failed to file a designation of record and statement of issues on appeal in accordance with Federal Rule of Bankruptcy Procedure 8006. ECF No. 3. As of the date of this Order, more than four months after Appellee filed its motion to dismiss, Appellant has not filed an opposition nor has Appellant perfected the record as required by Rule 8006. Indeed, Appellant appears to have abandoned this appeal. Accordingly, the Court ORDERS Appellant to show cause why this appeal should not be dismissed for failure to prosecute. Appellant must file a response explaining why this case should not be dismissed for failure to prosecute by June 25, 2012. Failure to file a timely response will result in the appeal being dismissed.

**IT IS SO ORDERED.**

Dated: June 11, 2012

                                        _Lucy H. Koh_
                                        LUCY H. KOH
                                        United States District Judge

1