UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE, LLC, | Case No.: 12-CV-00445-LHK |
| Appellant, | ORDER DISMISSING APPEAL |
| v. | |
| OLD T.B.R. INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL, a California company, | |
| Appellee. | |

The above captioned bankruptcy appeal was filed on January 27, 2012. ECF No. 1. On February 2, 2012, Appellee moved to dismiss the appeal on the ground that: (1) Appellant's notice of appeal is untimely; (2) the summary adjudication that forms the basis of this appeal is not a final appealable order; and (3) Appellant has failed to file a designation of record and statement of issues on appeal in accordance with Federal Rule of Bankruptcy Procedure 8006. ECF No. 3. As of June 11, 2012, more than four months after Appellee filed its motion to dismiss, Appellant had not filed an opposition, nor had Appellant perfected the record as required by Rule 8006. Accordingly, the Court ordered Appellant to show cause why this appeal should not be dismissed for failure to prosecute. ECF No. 4. The Court ordered Appellant to file a response explaining why this case should not be dismissed for failure to prosecute by June 25, 2012. The Order to Show Cause informed Appellant that failure to file a timely response would result in the appeal being dismissed. As of June 26, 2012, Appellant has not filed a response to the Order to Show Cause nor complied with Rule 8006. Accordingly, this appeal is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
LUCY H. KOH
United States District Judge